UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 3 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:21CR0024 RLW/SRW |
| XAVIER JOHNSON, | ) ) ) |
| Defendant. | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 23, 2020, in the City of Saint Louis, within the Eastern District of Missouri,

**XAVIER JOHNSON,**

the defendant herein, knowingly possessed a firearm to wit: a Para USA make, Para 1911 Expert model, .45 Auto caliber semi-automatic pistol bearing serial number 011344NW, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, Untied States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney